# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon,GBN# Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

Case: 1:26–cv–00892 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 3/7/2026
Description: Pro Se Gen. Civ. (F–DECK)

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**IN DA DISTRICT OF DISTRICT OF COLUMBIA**

**ADRIAN DAMICO MOON, a.k.a. 'daredeemer',** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

    Petitioner, Plaintiff, and Appellant,

vs.

**KAREN L. HENDERSON,**

    Respondent, Defendant, and Appellee,

**" JUDGMENT IS COMING "**

**# $7,000,000,000.00**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

Designated Case No. **1:26-cv-0590-UNA**

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos.**
1:25-CV-03988-TSC
23-5240 ; 25-5207,26-5061 U.S.
C.O.A.,D.C.
25-CO-0632, C.O.A. D.C.
2023 CCC 0025;2023 CPO1056;Superior
Court, D.C. ;  BA332095, BA362256,
BD481244,BC340942  Superior Court,
Los Angeles County

**PETITION FOR ANTI-STALKING TEMPORARY RESTRIANING ORDER ( T.R.O. ) AGAINST UNDERLINGS OF SATAN'S GOVERNMENT KAREN L. HENDERSON PURSUANT TO FEDERAL RULES 65 (b) (1-4) ; D.C. Code sections 541 ; 22-3131-22-3135 ; 18 U.S.C. 2261 ; 241 ; 242; 113 ; 1201 (a) ;2381 ET. SEQ.**

1.

**RECEIVED**

MAR 07 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## OF ADRIAN DAMICO MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN DAMICO MOON, (hereinafter , 'daredeemer' ) Petitioner, Plaintiff, and Appellant , Attorney In Po Se , Israelite, chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah… paragon, with integrity, and veracity proclaim and decree as follows

1. On March 5, 2026, Respondents, Defendants , and Appellees with evil, vicious , heinous , Hamas Domestic Terrorism criminally conspired then dismissed case entitled Moon vs. Satan et. al. case no. 25-5702 without adjudicating any of da pending motions causing 'daredeemer to fear for his safety.

2. On or about March 1, 2026, Respondents , Defendants, and Appellees, with evil, vicious , heinous , Hamas Domestic Terrorism Criminally conspired then failed to turn themselves over into da custody of da Metropolitan District of Columbia Police Department to await arraignment and Bond hearings for their crimes under 18 U.S.C. 1113 ; 241;242; 1201 (a) ; 2381 ; 2261ET. SEQ.

3. On of about January 9, 2026 , Respondents , Defendants, and Appellees, with vicious , evil , heinous , Hamas Domestic Terrorism criminally conspired then Dismissed case entitled Moon vs. Satan, does/roes 1-350 inclusively  case no. 1:25-cv-03988-TSC., United States District Courts, D. C. to chill 'daredeemer ' from exercising his constitutional rights while in his protected class.

4. On February 2, 2026, in case entitled Commonwealth of Massachusetts vs. United States of America, et.al. case no. 1:25-cv-13165-IT, U.S. District Court of Massachusetts Respondents, Defendants, Appellees, with vicious , evil , heinous, Hamas Domestic Terrorism denied 'daredeemer' to exercise his constitutional right to become a party and / or a non-party to da action with caused 'daredeemer' to fear for his safety and cause irreparable harm and actual damage of $7,000,000,000.00.

5. On February 16, 17, 2026, Respondents, Defendants, and Appellees, with vicious ,

2.

evil , heinous, Hamas Domestic Terrorism , criminal conspired in case entitled L.A ALLIANCE ET. AL. vs. County and City of Los Angeles et. al. case no. 2:20-cv-02291-DOC , with vicious , evil , heinous , Hamas Domestic Terrorism criminally conspired then denied 'daredeemer ' to actively to participate as a party and/ or non-party to da action to chill 'daredeemer' to fear for his safety while exercising his constitutional rights in his protective class.  These actions of Terrorism caused emotional stress and duress and actual pain and suffering and irreparable harm and damages of $7,000,000,000.00.

6.  This instant case shall consolidated into  Lead Identical Pending Related case of Moon vs. Boddie case.no. 1:26-cv-0560-UNA upon Tanya Sue Chutkan paying da Filing fees for this case once processed and assign a case number. See, read, understand and consider attached Motion A (3) pages (Proposed) ORDER incorporated by this reference.

7.  'daredeemer' reserves da rights to add evidence and witnesses at da hearing on da (t.r.o. ) hearing. See, read, understand, and consider attached Motion A (3) pages incorporated by this reference.

**T.R.O. ORDERS ISSUE:**

7.  Respondents, Defendants , and Appellees are  hereby ordered to turn themselves over into da custody of da Metropolitan District of Columbia Police Department to await arraignment and bond hearings.

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct, so help ME God !!!

DATED:March 1, 2026          by: _____

KING Adrian 'daredeemer' Moon, Attorney In Pro se

3.